JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**
First Listed Plaintiff:
Alexandria Stobbe ;
**County of Residence:** Jackson County

**Defendant(s):**
First Listed Defendant:
Rockhurst University ;
**County of Residence:** Jackson County

**County Where Claim For Relief Arose:** Jackson County

**Plaintiff's Attorney(s):**

Mitchell L. Burgess (Alexandria Stobbe)
Burgess Law Firm, P.C.
1000 Broadway, Suite 400
Kansas City, Missouri 64105
**Phone:** 816-471-1700
**Fax:** 816-471-1701
**Email:** mitch@burgesslawkc.com

Phyllis A. Norman (Alexandria Stobbe)
The Norman Law Firm LLC
1000 Broadway, 4th Floor
Kasnas City, Missouri 64105
**Phone:** 816-288-9622
**Fax:** 816-471-1701
**Email:** phyllis@pnormanlaw.com

Ralph K. Phalen (Alexandria Stobbe)

1000 Broadway, Suite 400
Kansas City, Missouri 64015
**Phone:** 816-589-0753
**Fax:** 816-471-1701
**Email:** phalenlaw@yahoo.com

**Defendant's Attorney(s):**

Jeffrey B. Jensen ( Rockhurst University)
Husch Blackwell LLP
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
**Phone:** 314-480-1500
**Fax:** 314-480-1505
**Email:** jeffrey.jensen@huschblackwell.com

Mark G. Arnold ( Rockhurst University)
Husch Blackwell LLP
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
**Phone:** 314-480-1500
**Fax:** 314-480-1505
**Email:** mark.arnold@huschblackwell.com

Michael T. Raupp ( Rockhurst University)
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
**Phone:** 816-983-8000
**Fax:** 816-983-8080
**Email:** michael.raupp@huschblackwell.com

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**EXHIBIT A**

**Citizenship of Principal Parties** (Diversity Cases Only)

Case 4:16-cv-00463-GAF   Document 1-1   Filed 05/19/16   Page 1 of 2

**Plaintiff:** N/A

**Defendant:** N/A

**Origin:** 2. Removed From State Court

    **State Removal County:** Jackson County

    **State Removal Case Number:** 1616-CV09355

**Nature of Suit:** 190 All Other Contract Actions

**Cause of Action:** Class-action complaint asserting contract and tort theories. Removed pursuant to the Class Action Fairness Act (28 U.S.C. Section 1453).

**Requested in Complaint**

    **Class Action:** Class Action under State Statute or Rule

    **Monetary Demand (in Thousands):**

    **Jury Demand:** Yes

    **Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** Jeffrey B. Jensen

**Date:** 5/19/2016

    If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.