IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| ALEXANDRIA STOBBE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 4:16-cv-463 |
| ) | |
| ROCKHURST UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE TO PLAINTIFF OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on May 19, 2016, Defendant Rockhurst University filed its Notice of Removal, attached hereto as **Exhibit A**, with the United States District Court for the Western District of Missouri, thereby removing this cause of action to said federal court.

Dated this 19th day of May, 2016.  Respectfully submitted,

/s/ Jeffrey B. Jensen
JEFFREY B. JENSEN          MO# 46745
MARK G. ARNOLD              MO# 28369
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
Telephone (314) 480-1500
Facsimile (314) 480-1505
jeffrey.jensen@huschblackwell.com
mark.arnold@huschblackwell.com

MICHAEL T. RAUPP           MO# 65121
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Telephone (816) 983-8000
Facsimile (816) 983-8080
michael.raupp@huschblackwell.com

***Attorneys for Defendant
Rockhurst University***

## CERTIFICATE OF SERVICE

   I hereby certify that a true and correct copy of the foregoing was served by electronic mail and First Class U.S. Mail, postage prepaid, on the 19th day of May, 2016, to:

MITCHELL L. BURGESS
BURGESS LAW FIRM, P.C.
1000 Broadway, Suite 400
Kansas City, MO 64105
Telephone (816) 471-1700
Facsimile (816) 471-1701
mitch@burgesslawkc.com

PHYLLIS A. NORMAN
THE NORMAN LAW FIRM LLC
1000 Broadway, 4th Floor
Kansas City, MO 64105
Telephone (816) 288-9622
Facsimile (816) 471-1701
phyllis@pnormanlaw.com

RALPH K. PHALEN
RALPH K. PHALEN, ATTORNEY AT LAW
1000 Broadway, Suite 400
Kansas City, MO 64105
Telephone (816) 589-0753
Facsimile (816) 471-1701
phalenlaw@yahoo.com

               /s/ Jeffrey B. Jensen
               ***Attorney for Defendant***