**IN THE UNITED STATES DISTRICT COURT**
**FOR WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **ALEXANDRIA STOBBE, individually and on behalf of all others similarly situated,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **Case No.: 4:16-CV-463** |
| **ROCKHURST UNIVERSITY,** | ) ) ) | |
| **Defendant.** | ) ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO**
**F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Alexandria Stobbe and her counsel hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the Defendant Rockhurst University.

Respectfully submitted,

*/s/Mitchell L. Burgess*
**BURGESS LAW FIRM, P.C.**
Mitchell L. Burgess, Mo. Bar # 47524
1000 Broadway, Suite 400
Kansas City, MO 64105
(816) 471-1700
(816) 471-1701 FAX
mitch@burgesslawkc.com

**THE NORMAN LAW FIRM LLC**
Phyllis A. Norman, Mo. Bar #55887
1000 Broadway, 4th Floor
Kansas City, MO 64105
(816) 288-9622
(816) 471-1701
phyllis@pnormanlaw.com

**RALPH K. PHALEN, ATTORNEY AT LAW**
Ralph K. Phalen, Mo. Bar #36687
1000 Broadway, Suite 400
Kansas City, Mo. 64105
(816) 589-0753
(816) 471-1701 FAX
phalenlaw@yahoo.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic mail and through the court filing system on the 20th day of May, 2016, to:

JEFFREY B. JENSEN
MARK G. ARNOLD
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
Telephone: 314-480-1500
Fax: 314-480-1505
Jeffrey.jensen@huschblackwell.com
Mark.arnold@huschblackwell.com

MICHAEL T. RAUPP
HUSCH BLACKWELL, LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Telephone: 816-983-8000
Fax: 816-983-8080
Michael.raupp@huschblackwell.com
Attorneys for Defendant Rockhurst University

___s/Mitch Burgess_____
Mitch Burgess

2